JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant
MIGUEL SAAVEDRA-SERRATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-06-00239 JW |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL SETTING CONFERENCE AND [proposed] ORDER THEREON |
| vs. | |
| ALBERTO SANDOVAL, and MIGUEL SAAVEDRA-SERRATO, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, through their attorneys, that the trial setting conference currently scheduled for September 11, 2006 at 1:30 pm, be continued until October 2, 2006 at 1:30 pm.

The parties also stipulate and agree that the period from the date of the lodging of this Stipulation, through and including October 2, 2006 shall be excluded from all Speedy Trial Act calculations pursuant to 18 USC Section 3161(h)(8)(B)(iv).

IT IS SO STIPULATED:

DATED: September 8, 2006          CAREY & CAREY


                                  _____/s/_____
                                  JERRY Y. FONG, Attorneys for
                                  MIGUEL SAAVEDRA-SERRATO

1
2
3  DATED:  Sept. 8  , 2006           /s/
4                                    ROMMEL BONDOC, Attorney for
                                     Defendant ALBERTO SANDOVAL
5
6  DATED:  Sept 8   , 2006           UNITED STATES OF AMERICA,
7
8                                         /s/
                                     CARLOS SINGH
9                                    ASSISTANT U.S. ATTORNEY
10
11                                 <u>ORDER</u>

12     IT IS HEREBY ORDERED that the September 11, 2006 hearing date be vacated,
13 and that a new trial setting conference be calendared for October 2, 2006, at 1:30 pm.
14     IT IS FURTHER ORDERED that the period from the date of the lodging of this
15 Stipulation, through and including October 2, 2006 shall be excluded from all Speedy Trial
16 Act calculations pursuant to 18 USC Section 3161(h)(8)(B)(iv).
17     IT IS SO ORDERED.
18
19 DATED:  Sep. 8,  , 2006           _____
20                                   HON. JAMES WARE
                                     U.S. DISTRICT COURT JUDGE
21
22
23
24
25
26
27
28