1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant
   MIGUEL SAAVEDRA-SERRATO
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,        | CASE NO. CR-06-00239 JW
12 |           Plaintiff,             | STIPULATION TO CONTINUE
   |                                  | TRIAL SETTING CONFERENCE
13 |     vs.                          | AND [proposed] ORDER THEREON
14 | ALBERTO SANDOVAL, and MIGUEL     |
   | SAAVEDRA-SERRATO,                |
15 |                                  |
   |           Defendants.            |
16 |_____|

17

18         IT IS HEREBY STIPULATED, by and between the parties, through their attorneys,

19 that the trial setting conference currently scheduled for October 2, 2006 at 1:30 pm, be

20 continued until October 23, 2006 at 1:30 pm.  The government requires this additional time

21 to conclude the discussions with the Defendants.  Also, the attorneys for the government

22 and MIQUEL SAAVEDRA-SERRATO will be in trial from October 10 through October 20,

23 2006.

24         The parties also stipulate and agree that the period from the date of the lodging of

25 this Stipulation, through and including October 23, 2006 shall be excluded from all Speedy

26 Trial Act calculations pursuant to 18 USC Section 3161(h)(8)(B)(iv).

27         IT IS SO STIPULATED:

28 ///

1  DATED: September 26, 2006          CAREY & CAREY

3                                       /s/
   JERRY Y. FONG, Attorneys for
4  MIGUEL SAAVEDRA-SERRATO

8  DATED:  Sept. 26  , 2006            /s/
                                       ROMMEL BONDOC, Attorney for
9                                      Defendant ALBERTO SANDOVAL

11 DATED:  Sept 26  , 2006            UNITED STATES OF AMERICA,

13                                      /s/
   CARLOS SINGH
14 ASSISTANT U.S. ATTORNEY

16                                    ORDER

17    IT IS HEREBY ORDERED that the October 2, 2006 hearing date be vacated, and
18 that a new trial setting conference be calendared for October 23, 2006, at 1:30 pm.
19    IT IS FURTHER ORDERED that the period from the date of the lodging of this
20 Stipulation, through and including October 23, 2006 shall be excluded from all Speedy Trial
21 Act calculations pursuant to 18 USC Section 3161(h)(8)(B)(iv).
22    IT IS SO ORDERED.

24 DATED:  9/28 , 2006               _____
                                     HON. JAMES WARE
25                                   U.S. DISTRICT COURT JUDGE