1   JERRY Y. FONG, ESQ. (SBN 99673)
    CAREY & CAREY
2   706 COWPER STREET
    P.O. BOX 1040
3   PALO ALTO, CA  94302-1040
    650/328-5510
4   650/853-3632 fax

5   Attorneys for Defendant
    MIGUEL SAAVEDRA-SERRATO
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,          |   CASE NO. CR-06-00239 JW

12             Plaintiff,              |   STIPULATION TO CONTINUE
                                       |   TRIAL SETTING CONFERENCE
13      vs.                            |   AND [proposed] ORDER THEREON
                                       |
14  ALBERTO SANDOVAL, and MIGUEL       |
    SAAVEDRA-SERRATO,                  |
15                                     |
              Defendants.              |
16  _____|

17

18      IT IS HEREBY STIPULATED, by and between the parties, through their attorneys,

19  that the trial setting conference currently scheduled for October 23, 2006 at 1:30 pm, be

20  continued until November 20, 2006 at 1:30 pm.  The government requires this additional

21  time to conclude the discussions with the Defendants.

22      The parties also stipulate and agree that the period from the date of the lodging of

23  this Stipulation, through and including November 20, 2006 shall be excluded from all

24  Speedy Trial Act calculations pursuant to 18 USC Section 3161(h)(8)(B)(iv).

25      IT IS SO STIPULATED:

26  ///

27  ///

28  ///

1    DATED: October 13, 2006          CAREY & CAREY

2

3                                              _____/s/_____
                                               JERRY Y. FONG, Attorneys for
4                                              MIGUEL SAAVEDRA-SERRATO

5

6

7

8    DATED:    Sept. 26        , 2006          _____/s/_____
                                               ROMMEL BONDOC, Attorney for
9                                              Defendant ALBERTO SANDOVAL

10

11   DATED:    Sept 26         , 2006          UNITED STATES OF AMERICA,

12

13                                             _____/s/_____
                                               CARLOS SINGH
14                                             ASSISTANT U.S. ATTORNEY

15

16                                      ORDER

17        IT IS HEREBY ORDERED that the October 23, 2006 hearing date be vacated, and

18   that a new trial setting conference be calendared for November 20, 2006, at 1:30 pm.

19        IT IS FURTHER ORDERED that the period from the date of the lodging of this

20   Stipulation, through and including November 20, 2006 shall be excluded from all Speedy

21   Trial Act calculations pursuant to 18 USC Section 3161(h)(8)(B)(iv).

22        IT IS SO ORDERED.

23

24   DATED: ____10/18___, 2006          _____
                                        HON. JAMES WARE
25                                      U.S. DISTRICT COURT JUDGE

26

27

28